| UNITED STATES DISTRICT COURT | PRIORITY SEND |
|:---:|:---:|
| CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES -- GENERAL

Case No.     **ED CV 11-1886-JFW (MANx)**                              Date:  December 9, 2011

Title:     Jerold Randolph -v- Bank of America Corporation, et al.

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                                        None

**PROCEEDINGS (IN CHAMBERS):**     ORDER REMANDING ACTION TO RIVERSIDE COUNTY SUPERIOR COURT

    For the reasons stated in the Response by Defendants to Notice of Removal filed on November 8, 2011 [Docket No. 7], this action is hereby **REMANDED** to Riverside County Superior Court.  *See* 28 U.S.C. §§ 1441, 1446(b), and 1447(c).

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr